Michael C. Wenzel, State Bar No. 215388
Mika J. Frisk, State Bar No. 305139
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com
       mfrisk@bfesf.com

Attorneys for Defendants
SEQUOIA UNION HIGH SCHOOL DISTRICT,
STEPHEN EMMI and NICK MUYS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through his Guardian ad Litem, MYISCHA THOMPSON; D.B., by and through his Guardian ad Litem, LIBRA WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF ATHERTON, a municipal corporation; DAVID METZGER, individually and in his official capacity as a police sergeant for the TOWN OF ATHERTON; DIEGO ROMERO, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; IGOR DAVIDOWICH, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; JOSHUA GATTO, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; DIMITRI ANDRUHA, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; SEQUOIA UNION HIGH SCHOOL DISTRICT, a municipal corporation; STEPHEN EMMI, individually and in his official capacity, NICK MUYS, individually and in his official capacity, and DOES 1-100, inclusive, individually, jointly, and severally,<br><br>Defendants. | Case No. 3:24-cv-00507<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Hon. Rita F. Lin** |

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
*K.C., et al. v. Town of Atherton, et al.,* USDC Northern District of California Case No. 3:20-cv-00507-RFL

Plaintiffs K.C., by and through his Guardian ad Litem, MYISCHA THOMPSON and D.B., by and through his Guardian ad Litem, LIBRA WHITE (collectively hereinafter "Plaintiffs") and Defendants SEQUOIA UNION HIGH SCHOOL DISTRICT, STEPHEN EMMI and NICK MUYS (collectively hereinafter "District Defendants") by and through their counsel of record, hereby represent to the Court and stipulate as follows:

1. On April 1, 2024, Plaintiffs filed their First Amended Complaint ("FAC"). The FAC added SEQUOIA UNION HIGH SCHOOL DISTRICT and NICK MUYS as named defendants to this Action. (See Docket No. 12.)

2. Following service of the FAC on the District Defendants, the District Defendants filed a Motion to Dismiss the FAC on May 10, 2024. (See Docket No. 20.) The hearing on the Motion to Dismiss is set for June 25, 2024.

3. Defendants TOWN OF ATHERTON, DAVID METZGER, DIEGO ROMERO, IGOR DAVIDOWICH, JOSHUA GATTO, DIMITRI ANDRUHA (collectively "Town Defendants") via counsel, were served with Waiver of Service of Summons forms and documents on April 22, 2024. The Town Defendants' responsive pleading deadline is July 8, 2024.

4. Given that the pleadings are unsettled and that the Town Defendants have not yet appeared in this matter, Plaintiffs and the District Defendants respectfully stipulate and request that the Initial Case Management Conference, which is presently set for June 12, 2024, at 10:00 a.m. be continued by 60-90 days to a date that is convenient for the court.

It is so stipulated and agreed.

Dated: June 4, 2024                                          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Mika J. Frisk*
    Michael C. Wenzel
    Mika J. Frisk
    Attorneys for Defendants
    SEQUOIA UNION HIGH SCHOOL DISTRICT,
    STEPHEN EMMI and NICK MUYS

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
*K.C., et al. v. Town of Atherton, et al.,* USDC Northern District of California Case No. 3:20-cv-00507-RFL

| | |
|---|---|
| Dated: June 4, 2024 | Burris Nisenbaum Curry & Lacy, LLP |
| | By: */s/ Christopher A. Dean* |
| | JOHN L. BURRIS |
| | CHRISTOPHER A. DEAN |
| | Attorneys for Plaintiffs |
| | K.C., by and through his Guardian ad Litem, MYISCHA THOMPSON, and D.B., by and through his Guardian ad Litem, LIBRA WHITE |

### **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

| | |
|---|---|
| Dated: June 4, 2024 | By: */s/ Mika J. Frisk* |
| | Mika J. Frisk |

3

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
*K.C., et al. v. Town of Atherton, et al.,* USDC Northern District of California Case No. 3:20-cv-00507-RFL

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The Initial Case Management Conference, which is presently set for June 12, 2024 at 10:00 a.m., is hereby continued to: _____.

Dated:_____          _____
                                Honorable Rita F. Lin
                                United States District Court Judge