DANIELLE K. LEWIS (SBN 218274)
dlewis@hpylaw.com
MILES F. MAURINO (SBN 319377)
mmaurino@hpylaw.com
HAWKINS PARNELL & YOUNG, LLP
33 New Montgomery Street, Suite 800
San Francisco, CA 94105
Telephone: 415.766.3200
Facsimile: 415.766.3250

Attorneys for Defendants
TOWN OF ATHERTON, DIEGO ROMERO,
DIMITRI ANDRUHA, IGOR DAVIDOVICH
(erroneously sued as Igor Davidowich), and
JOSHUA GATTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through his Guardian ad Litem, MYISCHA THOMPSON; D.B., by and through his Guardian ad Litem, LIBRA WHITE,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF ATHERTON, a municipal corporation; DAVID METZGER, individually and in his official capacity as a police sergeant for the TOWN OF ATHERTON; DIEGO ROMERO, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; IGOR DAVIDOWICH, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; JOSHUA GATTO, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; DIMITRI ANDRUHA, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; SEQUOIA UNION HIGH SCHOOL DISTRICT, a municipal corporation; STEPHEN EMMI, individually and in his official capacity, NICK MUYS, individually and in his official capacity, and DOES 1-100, inclusive, individually, jointly, and severally,<br><br>Defendants. | Case No.  3:24-cv-00507-RFL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR ATHERTON DEFENDANTS TO FILE A RESPONSIVE PLEADING** |

## **STIPULATION**

Plaintiffs K.C., by and through his Guardian ad Litem, Myischa Thompson; D.B., by and through his Guardian ad Litem, Libra White (collectively "Plaintiffs") and Defendants Town of Atherton, Diego Romero, Dimitri Andruha, Igor Davidovich (erroneously sued as Igor Davidowich), and Joshua Gatto (collectively "Atherton Defendants"), by and through their respective undersigned counsel, pursuant to Northern District Civil Local Rule 6-1(a), hereby stipulate as follows:

Plaintiffs filed the Complaint for Damages on January 26, 2024;

Plaintiffs did not serve Atherton Defendants with the Complaint for Damages;

Plaintiffs filed the First Amended Complaint on April 1, 2024;

Atherton Defendants executed waivers of service of the First Amended Complaint on May 8, 2024;

The Parties agree that the current deadline for Atherton Defendants to respond to the First Amended Complaint is July 8, 2024;

Counsel for Plaintiffs and counsel for Atherton Defendants are currently engaged in ongoing meet and confer efforts related to the First Amended Complaint;

Counsel for Plaintiffs has acknowledged that some of the claims brought in the First Amended Complaint maybe subject to a motion to dismiss;

Plaintiffs and the Atherton Defendants agree that additional time is needed to complete their meet and confer efforts to avoid unnecessary motion practice;

There has not yet been any previous extension of time to respond to the First Amended Complaint;

The extension of time set forth below will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, THE UNDERSIGNED PARTIES STIPULATE TO the following:

That counsel of record for Plaintiffs and Atherton Defendants have the authority to enter into this Stipulation on behalf of their respective clients.

That the deadline for the Atherton Defendants to file a response to Plaintiffs' First Amended Complaint is extended to August 19, 2024.

**IT IS SO STIPULATED.**

DATED:  July 8, 2024                                   HAWKINS PARNELL & YOUNG LLP

By:  /s/ *Danielle K. Lewis*
DANIELLE K. LEWIS
MILES F. MAURINO
Attorneys for Defendants
TOWN OF ATHERTON, DIEGO ROMERO, DIMITRI ANDRUHA, IGOR DAVIDOVICH (erroneously sued as Igor Davidowich), and JOSHUA GATTO

DATED:  July 8, 2024                                   BURRIS NISENBAUM CURRY & LACY LLP

By:  /s/ *Christopher A. Dean*
JOHN L. BURRIS
CHRISTOPHER A. DEAN
Attorneys for Plaintiffs
K.C., by and through his Guardian ad Litem,   MYISCHA THOMPSON; D.B., by and through his Guardian ad Litem, LIBRA WHITE

DATED:  July 8, 2024

SPECIAL EDUCATION COLLABORATION PROJECT

By: */s/ Evan Goldsen*
EVAN GOLDSEN
CARLY CHRISTOPHER
Attorneys for Plaintiffs
K.C., by and through his Guardian ad Litem, MYISCHA THOMPSON; D.B., by and through his Guardian ad Litem, LIBRA WHITE

## FILER'S ATTESTATION

I, Danielle K. Lewis, hereby attest that all other signatories listed herein concur in the filing's content and have authorized that their electronic signature be affixed above and have authorized the filing.

DATED: July 8, 2024

*/s/ Danielle K. Lewis*
DANIELLE K. LEWIS