Michael C. Wenzel, State Bar No. 215388
Mika J. Frisk, State Bar No. 305139
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: mwenzel@bfesf.com
mfrisk@bfesf.com

Attorneys for Defendants
SEQUOIA UNION HIGH SCHOOL DISTRICT,
STEPHEN EMMI and NICK MUYS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through his Guardian ad Litem, MYISCHA THOMPSON; D.B., by and through his Guardian ad Litem, LIBRA WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF ATHERTON, a municipal corporation; DAVID METZGER, individually and in his official capacity as a police sergeant for the TOWN OF ATHERTON; DIEGO ROMERO, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; IGOR DAVIDOWICH, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; JOSHUA GATTO, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; DIMITRI ANDRUHA, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; SEQUOIA UNION HIGH SCHOOL DISTRICT, a municipal corporation; STEPHEN EMMI, individually and in his official capacity, NICK MUYS, individually and in his official capacity, and DOES 1-100, inclusive, individually, jointly, and severally,<br><br>Defendants. | Case No. 3:24-cv-00507<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**Hon. Rita F. Lin** |

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
*K.C., et al. v. Town of Atherton, et al.,* USDC Northern District of California Case No. 3:20-cv-00507-RFL

Plaintiffs K.C., by and through his Guardian ad Litem, MYISCHA THOMPSON and D.B., by and through his Guardian ad Litem, LIBRA WHITE (collectively "Plaintiffs"), Defendants SEQUOIA UNION HIGH SCHOOL DISTRICT, STEPHEN EMMI and NICK MUYS (collectively "District Defendants") and Defendants TOWN OF ATHERTON, DIEGO ROMERO, DIMITRI ANDRUHA, IGOR DAVIDOVICH (erroneously sued as Igor Davidowich), and JOSHUA GATTO (collectively "Atherton Defendants"), by and through their counsel of record, hereby represent to the Court and stipulate as follows:

1. On April 1, 2024, Plaintiffs filed their First Amended Complaint ("FAC"). The FAC added SEQUOIA UNION HIGH SCHOOL DISTRICT and NICK MUYS as named defendants to this Action. (See Docket No. 12.)

2. Following service of the FAC on the District Defendants, the District Defendants filed a Motion to Dismiss the FAC on May 10, 2024. (See Docket No. 20.) The hearing on the Motion to Dismiss was set for June 25, 2024.

3. On June 20, 2024, the Court vacated the June 25, 2024 hearing on the District Defendants' Motion to Dismiss, indicating that the Motion was submitted without oral argument and that a written order would be issued on the motion. (See Docket No. 32.) To date, the court has not yet issued a written order on the pending motion to dismiss.

4. The Atherton Defendants, via counsel, were served with Waiver of Service of Summons forms and documents on April 22, 2024. The Atherton Defendants' responsive pleading deadline was July 8, 2024.

5. On July 8, 2024, Plaintiffs and the Atherton Defendants filed a Stipulation extending the Atherton Defendants' responsive pleading deadline from July 8, 2024, to August 19, 2024. (Docket No. 33.)

6. Given that the pleadings are unsettled and that the Atherton Defendants have not yet appeared in this matter, the Parties respectfully stipulate and request that the Initial Case Management Conference, which is presently set for August 7, 2024, at 10:00 a.m., be continued by 30-60 days to a date that is convenient for the court.

IT IS SO STIPULATED AND AGREED.

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
*K.C., et al. v. Town of Atherton, et al.,* USDC Northern District of California Case No. 3:20-cv-00507-RFL

Dated: July 22, 2024

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Mika J. Frisk*
Michael C. Wenzel
Mika J. Frisk
Attorneys for Defendants
SEQUOIA UNION HIGH SCHOOL DISTRICT, STEPHEN EMMI and NICK MUYS

Dated: July 22, 2024

Burris Nisenbaum Curry & Lacy, LLP

By: */s/ Christopher A. Dean*
JOHN L. BURRIS
CHRISTOPHER A. DEAN
Attorneys for Plaintiffs
K.C., by and through his Guardian ad Litem, MYISCHA THOMPSON, and D.B., by and through his Guardian ad Litem, LIBRA WHITE

Dated: July 22, 2024

HAWKINS PARNELL & YOUNG LLP

By: */s/ Danielle K. Lewis*
DANIELLE K. LEWIS
MILES F. MAURINO
Attorneys for Defendants
TOWN OF ATHERTON, DIEGO ROMERO, DIMITRI ANDRUHA, IGOR DAVIDOVICH (erroneously sued as Igor Davidowich), and JOSHUA GATTO

3

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
*K.C., et al. v. Town of Atherton, et al.,* USDC Northern District of California Case No. 3:20-cv-00507-RFL

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: July 22, 2024

By: *<u>/s/ Mika J. Frisk</u>*
Mika J. Frisk

4

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
*K.C., et al. v. Town of Atherton, et al.,* USDC Northern District of California Case No. 3:20-cv-00507-RFL

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The Initial Case Management Conference, which is presently set for August 7, 2024, at 10:00 a.m., is hereby continued to: ________________________________.

Dated:______________

________________________________
Honorable Rita F. Lin
United States District Court Judge