# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| **Date:** November 21, 2025 | **Time:** 10:15 a.m.- 7:00 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:24-cv-00507-RFL | **Case Name:** K.C. v. Town of Atherton | |

**For Plaintiffs:** John L. Burris and Christopher A. Dean, The Law Offices of John L. Burris, Krithi Basu, Burris, Nisenbaum, Curry & Lacy LLP and Evan Goldsen, Special Education Collaboration Project; counsel for Plaintiffs; Plaintiff K.C. and his Guardian ad Litem, Mysicha Thompson; Plaintiff D.B. and his Guardian ad Litem, Libra White.

**For Defendants: Sequoia Union High School District, Stephen Emmi and Nick Muys:** Michael Charles Wenzel and Mika Julia Frisk, Bertrand, Fox, Elliot, Osman & Wenzel, counsel for Defendants; Crystal Leach, District's Superintendent; Tasha Lane, Representative from San Mateo County Schools Insurance Group; Bella Wu, Representative from PRISM.

**For Defendant Atherton:** Danielle K. Lewis, Hawkins Parnell & Young, counsel for Defendant; Mona Ebrahimi, City Attorney; Amanda Griffith: PLAN JPA Litigation Manager.

**Deputy Clerk:** Brittany Sims                                   **Reported by:** Not Recorded

## PROCEEDINGS

Settlement Conference held. The parties have reached a settlement agreement. Non-party, non-counsel individual was ordered excused from the settlement conference, as the Court had not received prior notice of his attendance and did not approve his participation.