1  Michael C. Wenzel, State Bar No. 215388
2  Mika J. Frisk, State Bar No. 305139
   Sharon C. Borden, State Bar No. 359855
3  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
   2749 Hyde Street
4  San Francisco, California 94109
   Telephone: (415) 353-0999
5  Facsimile:  (415) 353-0990

6  Attorneys for Defendants
7  SEQUOIA UNION HIGH SCHOOL DISTRICT,
   STEPHEN EMMI and NICK MUYS

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | K.C., by and through his Guardian ad Litem, | Case No. 3:24-cv-00507-RFL |
   | MYISCHA THOMPSON; D.B., by and through his Guardian ad Litem, LIBRA WHITE, | **PARTIES' NOTICE OF CONDITIONAL SETTLEMENT** |
   |  Plaintiffs, | |
   | v. | |
   | TOWN OF ATHERTON, a municipal corporation; DAVID METZGER, individually and in his official capacity as a police sergeant for the TOWN OF ATHERTON; DIEGO ROMERO, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; IGOR DAVIDOWICH, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; JOSHUA GATTO, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; DIMITRI ANDRUHA, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; SEQUOIA UNION HIGH SCHOOL DISTRICT, a municipal corporation; STEPHEN EMMI, individually and in his official capacity, NICK MUYS, individually and in his official capacity, and DOES 1-100, inclusive, individually, jointly, and severally, | |
   |  Defendants. | **Hon. Rita F. Lin** |

Plaintiffs K.C. and D.B., Defendants SEQUOIA UNION HIGH SCHOOL DISTRICT, STEPHEN EMMI and NICK MUYS and Defendants TOWN OF ATHERTON, DAVID METZGER, DIEGO ROMERO, IGOR DAVIDOVICH (erroneously sued as Igor Davidowich), JOSHUA GATTO, and DIMITRI ANDRUHA, by and through their counsel of record, jointly notify this honorable court of the conditional settlement of the present matter in its entirety.

The Parties participated in a settlement conference with Magistrate Judge Lisa J. Cisneros on November 21, 2025, at which point the Parties reached a conditional settlement of the above case and request that the Court vacate all dates in this matter, including all pretrial dates, and trial. The Parties anticipate executing a stipulation to dismiss all claims with prejudice within 90 days.

Dated:  December 3, 2025                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Mika J. Frisk*
    Michael C. Wenzel
    Mika J. Frisk
    Attorneys for Defendants
    SEQUOIA UNION HIGH SCHOOL DISTRICT,
    STEPHEN EMMI and NICK MUYS

Dated:  December 3, 2025                         BURRIS NISENBAUM CURRY & LACY, LLP

By: */s/ Christopher A. Dean*
    John L. Burris
    Christopher. A. Dean
    Krithi Basu
    Evan Goldsen
    Attorneys for Plaintiff

Dated:  December 3, 2025                         HAWKINS PARNELL & YOUNG LLP

By: */s/ Danielle K. Lewis*
    Danielle K. Lewis
    Attorneys for Defendants
    TOWN OF ATHERTON, DAVID METZGER,
    DIEGO ROMERO, IGOR DAVIDOVICH,
    JOSHUA GATTO, and DIMITRI ANDRUHA

1

PARTIES' NOTICE OF CONDITIONAL SETTLEMENT
*K.C., et al. v. Town of Atherton, et al.,* U.S.D.C. Northern District of California Case No. 3:24-cv-00507-RFL

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated:  December 3, 2025                                By: */s/ Mika J. Frisk*
                                                                                    Mika J. Frisk

2

PARTIES' NOTICE OF CONDITIONAL SETTLEMENT
*K.C., et al. v. Town of Atherton, et al.,* U.S.D.C. Northern District of California Case No. 3:24-cv-00507-RFL