JOHN L. BURRIS Esq., Bar No. 69888
KRITH BASU, Bar No. 359258
CHRISTOPHER A. DEAN, Esq., Bar No. 550322
**Burris Nisenbaum Curry & Lacy, LLP**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@bncllaw.com
Krithi.basu@bncllaw.com
Chris.Dean@bncllaw.com

Evan Goldsen Esq., Bar No. 257775
Carly Christopher, Esq., Bar No. 278795
**Special Education Collaboration Project**
3186 Vista Way, Ste. 301
Oceanside, California 92056
Telephone: ((408) 493-2140
Facsimile: (415) 276-1845
eg@specialedcollaboration.net
cc@specialedcollaboration.net

Attorneys for Plaintiffs,
K.C., by and through his Guardian ad Litem,
MYISCHA THOMPSON, and D.B., by and
through his Guardian ad Litem, LIBRA WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., by and through his Guardian ad Litem, MYISCHA THOMPSON; D.B., by and through his Guardian ad Litem, LIBRA WHITE,<br><br>            Plaintiff,<br><br>     v.<br><br>TOWN OF ATHERTON, a municipal corporation; DAVID METZGER, individually and in his official capacity as a police sergeant for the TOWN OF ATHERTON; DIEGO ROMERO, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; IGOR DAVIDOWICH, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; JOSHUA GATTO, individually and in his official capacity as a police officer for the TOWN OF ATHERTON; SEQUOIA UNION HIGH SCHOOL DISTRICT, a municipal corporation; STEPHEN EMMI, individually and in his official capacity, NICK | Case No. 3:24-CV-00507-RFL<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE F.R.C.P. 41(a)(1)(a)(ii)** |

1

3:24-CV-00507-RFL

1  MUYS, individually and in his official capacity, and DOES 1-100, inclusive,
2  individually, jointly, and severally,
3              Defendants.
4
5       IT IS HEREBY ORDERED, that pursuant to the fully executed Settlement Agreement
6  and Releases as stipulated by the parties, by and through their respective counsel of record, that
7  this entire action including, but not limited to, all causes of action against all Defendants be
8  dismissed with prejudice as provided for under FRCP 41(a)(1)(A)(ii), with each side to bear their
9  own costs and fees.
10
11   February 27, 2026
12   DATE                                   RITA F. LIN
                                            Judge of the United States District Court
13                                          For the Northern District of California

3:24-CV-00507-RFL

2